1  Esther Cervantes
   132 Cabana Court
   Tracy, CA 95377
2  Telephone: (209) 834-4184

3                                                              *E-FILED - 7/22/11*

   In Propria Persona

RECEIVED
JUL 1 2010
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE NORTHERN DISTRICT OF CALIFORNIA


   ESTHER CERVANTES,                    )   No. 5:09-cv-01252-RMW
                                        )
        Plaintiff,                      )
                                        )   **STIPULATION OF DISMISSAL WITH**
        v.                              )   **PREJUDICE AND ORDER**
                                        )
   LOCKHEED MARTIN,                     )
                                        )
        Defendant.                      )
                                        )

                    **STIPULATION OF DISMISSAL WITH PREJUDICE**

        IT IS HEREBY STIPULATED by and between the parties to this action, the Defendant through its counsel, that the above-captioned matter be and hereby is DISMISSED WITH PREDUDICE pursuant to Fed. Rules of Civil Proc., Rule 41(a) (1).

   Dated: March 27TH 2010        _____
                                 By: Esther Cervantes
                                 IN PROPRIA PERSONA


                    STIPULATION of DISMISSAL and [Proposed] Order Thereon
                                 Case No. CV 09-01252 RMW

Dated:

By: One of its Attorneys
Littler Mendelsohn
Counsel for Defendant

### ORDER OF DISMISSAL

PURSUANT TO THE STIPULATION of counsel, the above-captioned matter is HEREBY ORDERED DISMISSED WITH PREJUDICE.

Dated: 7/22/11

RONALD M. WHYTE
U.S. District Court Judge
Northern District of California